JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QAD Inc., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC.,<br>a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 2:11-cv-05162-ODW (SS)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

BASED upon the Joint Stipulation of Plaintiff QAD Inc., a Delaware corporation and Defendant CONAGRA FOODS, INC., a Delaware corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that the pending action be dismissed with prejudice with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: 11-28-2012

_____
United States District Judge

43775512.1

Order